BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

JAN 0 8 2015

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-cr-0003 KJM |
|---|---|
| Plaintiff, | 18 U.S.C. § 844(f) – ARSON TO FEDERAL PROPERTY; 18 U.S.C. § 1512(b)(3) – OBSTRUCTION; 18 U.S.C. § 1001 – MAKING FALSE STATEMENTS (3 COUNTS) |
| v. | |
| PAUL LELAND JOHNSON, | |
| Defendant. | |

# INDICTMENT

COUNT ONE: [18 U.S.C. § 844(f) – Arson to Federal Property]

The Grand Jury charges: T H A T

PAUL LELAND JOHNSON,

defendant herein, on or about February 3, 2012, in the State and Eastern District of California, did maliciously damage and destroy and attempted to maliciously damage and destroy, by means of fire, a vehicle, to wit: a green 2009 Ford F150 Truck, vehicle identification number 1FTRF14899KC17902 and U.S. Government license plate number A350692, that was in whole and in part owned and possessed by the United States Forest Service, a department and agency of the United States, in violation of Title 18, United States Code, Section 844(f).

///

///

///

1  COUNT TWO: [18 U.S.C. § 1512(b)(3) – Obstruction]
2      The Grand Jury further charges: T H A T
3              PAUL LELAND JOHNSON,
4  defendant herein, on or about February 3, 2012, in the State and Eastern District of California, did
5  knowingly engage in misleading conduct toward Witness #1, Witness #2, and Witness #3 by falsely
6  stating that he had already called for assistance in the ongoing vehicle fire of a United States Forest
7  Service green 2009 Ford F150 Truck, with the intent to hinder, delay, and prevent the communication to
8  a law enforcement officer of information relating to the commission and possible commission of a
9  Federal offense, in violation of Title 18, United States Code, Section 1512(b)(3).
10 COUNT THREE: [18 U.S.C. § 1001 – Making a False Statement]
11     The Grand Jury further charges: T H A T
12             PAUL LELAND JOHNSON,
13 defendant herein, on or about February 3, 2012, in the State and Eastern District of California, in a
14 matter within the jurisdiction of the United States Forest Service, an agency of the United States, did
15 knowingly and willfully make a false, fictitious , and fraudulent statement of material fact, to wit:
16 JOHNSON stated that he had looked up at the transmission of his forest service vehicle and had
17 observed pine needles packed around the cross member and exhaust system of the vehicle that were
18 burning, when in truth and in fact, as he then well knew, he had not observed pine needles packed
19 around the cross member and exhaust system of the vehicle that were burning, in violation of Title 18,
20 United States Code, Section 1001.
21 COUNT FOUR: [18 U.S.C. § 1001 – Making a False Statement]
22     The Grand Jury further charges: T H A T
23             PAUL LELAND JOHNSON,
24 defendant herein, on or about February 7, 2012, in the State and Eastern District of California, in a
25 matter within the jurisdiction of the United States Forest Service, an agency of the United States, did
26 knowingly and willfully make and use a false writing or document, knowing the same to contain a
27 material false, fictitious, or fraudulent statement or entry of material fact, to wit:  (1) Johnson wrote that
28 he looked at his forest service vehicle and "noticed a large amount of pine needles sitting on top of the

1  cross member, that is immediately under and behind the engine, that were smoldering;" and (2) Johnson
2  wrote that "I called dispatch to report that my vehicle was fully engulfed . . . [a] member of the public
3  then pulled up," when in truth and in fact, as he then well knew, he had not observed pine needles sitting
4  on top of the cross member that were smoldering, and he had not called dispatch to report that his
5  vehicle was fully engulfed until after the member of the public had pulled up and inquired if he had
6  reported the fire and left the scene, in violation of Title 18, United States Code, Section 1001.

COUNT FIVE: [18 U.S.C. § 1001 – Making a False Statement]

The Grand Jury further charges: T H A T

PAUL LELAND JOHNSON,

defendant herein, on or about October 11, 2012, in the State and Eastern District of California, in a matter within the jurisdiction of the United States Forest Service and the Bureau of Alcohol, Tobacco, Firearms, and Explosives, agencies of the United States, did knowingly and willfully make a false, fictitious, and fraudulent statement of material fact, to wit:   Johnson stated that on February 3, 2012, during the fire of his green 2009 Ford F150 Truck that (1) the vehicle's fire extinguisher had been buried under the vehicle safety kit; (2) Johnson had not told Law Enforcement Officer Vernon Voelz about his suspicion of vehicle arson during a February 3, 2012, interview because Johnson had previously mentioned it co-workers whose reactions had caused Johnson not to report his suspicions; and (3) Johnson had told witnesses at the scene that Johnson would call for help, when in truth and in fact, as he then well knew, the fire extinguisher was uncovered and accessible, he had not mentioned suspicions regarding vehicle arson to any co-worker prior to making the statement to Officer Voelz, and he had falsely told the witnesses at the scene that he had already called for help, all in violation of Title 18, United States Code, Section 1001.

A TRUE BILL.
/s/ Signature on file w/AUSA
FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

INDICTMENT                                                3

*No.* _ _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
*vs.*

PAUL LELAND JOHNSON

## I N D I C T M E N T

**VIOLATION(S):**   18 U.S.C. § 844(f) – ARSON TO FEDERAL PROPERTY;
18 U.S.C. § 1512(b)(3) – OBSTRUCTION;
18 U.S.C. § 1001 – MAKING FALSE STATEMENTS (3 COUNTS)

*A true bill,*

/s/ Signature on file w/AUSA
*Foreman.*

*Filed in open court this* _ _ _ _ _ 8 _ _ _ _ _ _ _ _ _ *day*
*of* JANUARY _ _ _ _ _ _ , *A.D.* 20 15

*Clerk.*

**WARRANT: NO BAIL PENDING HEARING**

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Dale A. Drozd

GPO 863 525

## United States v. Paul Leland Johnson
## Penalties for Indictment

**Defendants**

**COUNT 1:**           PAUL LELAND JOHNSON

VIOLATION:        18 U.S.C. § 844(f) – Arson to Federal Property

PENALTIES:       Mandatory minimum of 5 years in prison and a maximum of up to 20 years in prison; and
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to three years
Restitution

**COUNT 2:**           PAUL LELAND JOHNSON

VIOLATION:        18 U.S.C. § 1512(b)(3) – Obstruction

PENALTIES:       Up to 20 years in prison; and
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to three years
Restitution

**COUNTS 3-5:**       PAUL LELAND JOHNSON

VIOLATION:        18 U.S.C. § 1001 – False Statements

PENALTIES:       Up to Five years in prison; and
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to three years
Restitution

SPECIAL ASSESSMENT: $100 (mandatory on each count)