BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

**FILED**

JAN 0 8 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-cr-0003 KJM |
|---|---|
| Plaintiff, | ORDER TO SEAL (UNDER SEAL) |
| v. | |
| PAUL LELAND JOHNSON, | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Michael D. Anderson to seal the indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of this Court.

DATED: January 8, 2015

_____
DALE A. DROZD
United States Magistrate Judge

1